IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DAN SPARACO, | * | |
| Plaintiff, | * | |
| v. | * | CASE NO. 1:16-cv-01579-GLR |
| LINDA H. LAMONE, et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Dan Sparaco hereby voluntarily dismisses this action without prejudice pursuant to F.R.C.P. 41(a)(1)(A)(i).

Respectfully Submitted,

/s/
DANIEL J. SPARACO (#29258)
Plaintiff, *pro se*
1118 St. Paul Street, #2R
Baltimore, MD 21202
(443) 526-1501
dansparaco@gmail.com

APPROVED THIS 15th DAY OF Aug, 20 16
GEORGE L. RUSSELL, III, U.S.D.J.

1